# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| VALERIE HIRATA, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> SOUTHER NEVADA HEALTH DISTRICT, *et al.*, <br><br> Defendants. | 2:14-cv-02302-LDG-VCF <br><br> **ORDER** |

Before the court are Defendants' Motion for Waiver of Attendance at Settlement Conference (#63) and Joinder in Motion for Waiver of Attendance at Settlement Conference (#66).

The court held an in-chambers telephonic hearing on October 20, 2014. The court canvassed and heard representations from the parties.

Accordingly,

IT IS HEREBY ORDERED that the Motion for Waiver of Attendance at Settlement Conference (#63) and Joinder in Motion for Waiver of Attendance at Settlement Conference (#66) are GRANTED with the following conditions:

1. Defendants Glenn Savage, Rose Henderson, and Lorraine Forston must appear in person at the settlement conference scheduled for October 27, 2014.

2. If at all possible, Defendant Susan Labray must appear in person[1].

3. All representatives with settlement authority and counsel must appear in person at the settlement conference.

---

[1] It was represented to the court that Ms. Labray resides in California and may not be able to travel to Las Vegas for the settlement conference on October 27, 2014.

IT IS SO ORDERED.

Dated this 20th day of October, 2014.

                                                        _____
                                                        CAM FERENBACH
                                                        UNITED STATES MAGISTRATE JUDGE