FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
WHITNEY J. SELERT, ESQ.
Nevada Bar No. 5492
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV  89169
Telephone:   (702) 252-3131
Facsimile:    (702) 252-7411
E-Mail Address:  agolden@laborlawyers.com
*Attorneys for Defendants Southern Nevada Health District, Angus MacEachern, Lawrence Sands, Kim DiPasquale, Robert Gunnoe*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VALERIE HIRATA; WHITNIE TAYLOR; and ANGELA JONES, <br><br>         Plaintiffs, <br><br>    vs. <br><br>SOUTHERN NEVADA HEALTH DISTRICT, a political subdivision of Clark County, Nevada; GLENN SAVAGE, in both his individual and official capacity; ROSE HENDERSON, in both her individual and official capacity; AMY IRANI, in both her individual and official capacity; SUSAN LABAY, in both her individual and official capacity; JACQUELYN RAICHE-CURL, in both her individual and official capacity; LORRAINE FORSTON, in both her individual and official capacity; ANGUS MACEACHERN, in both his individual and official capacity; ROBERT GUNNOE, in both his individual and official capacity; KIM DIPASQUALE, in both her individual and official capacity; ROBERT NEWTON, in both his individual and official capacity; CARA EVANGELISTA, in both her individual and official capacity; | Case No. 2:13-CV-02302-LDG-VCF <br><br><br><br><br><br><br><br>**STIPULATION AND ORDER TO EXTEND TIME TO COMPLETE DISCOVERY PURSUANT TO LR 26-4 (FOURTH REQUEST)** |

LAWRENCE SANDS, in both his )
individual and official capacity, )
                               )
              Defendants.      )
_____ )

Pursuant to LR 26-4, the parties, by and through their respective counsel of record, for good cause, hereby stipulate to extend the discovery deadlines in the above-entitled matter by ninety (90) days up to including October 5, 2015 (the 90th day, October 4, 2015, falls on a Sunday).  The parties further state the following:

**1.    Statement specifying discovery completed:**

| **DOCUMENT** | **DATE** | **PARTY** |
| --- | --- | --- |
| Notice of LR 26-1 Conference | 02/26/14 | PSL |
| Plaintiffs' Initial Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 02/28/14 | PSL |
| Plaintiffs' First Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 03/07/14 | PSL |
| Plaintiffs' Second Supplement to re-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 03/14/14 | PSL |
| Defendants' Fed. R. Civ. P. 26(f) Production | 03/14/14 | Olson/Cannon |
| Plaintiffs' Third Supplement to re-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 03/21/14 | PSL |
| Plaintiffs' Fourth Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 03/25/14 | PSL |
| Plaintiffs' Fifth Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 03/28/14 | PSL |
| Plaintiffs' Sixth Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 04/04/14 | PSL |
| Plaintiffs' First Set of Request for Production of Documents to Defendant Southern Nevada Health District | 04/04/14 | PSL |
| Plaintiffs' First Set of Request for Production of Documents to Defendants angus MacEachern, Lawrence Sands, Kim DiPasquale and Robert Gunnoe | 04/08/14 | PSL |

FISHER & PHILLIPS LLP
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169

FISHER & PHILLIPS LLP
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169

| | | | |
|---|---|---|---|
| 1 | Plaintiffs' First Set of Request for Production of Documents to Defendants Glenn Savage, Rose Henderson, Amy Irani, Susan LaBay, Jacque Raiche-Curl, Lorraine Forston, Robert Newton and Cara Evangelista | 04/08/14 | PSL |
| 2 | Defendants Southern Nevada Health District, Angus MacEachern, Lawrence Sands, Kim DiPasquale, and Robert Gunnoe's Initial Disclosures | 04/10/14 | Golden |
| 3 | Plaintiffs' Seventh Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 04/11/14 | PSL |
| 4 | Plaintiffs' Eighth Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 04/18/14 | PSL |
| 5 | Plaintiffs' Ninth Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 04/18/14 | PSL |
| 6 | Certificate of Service | 05/01/14 | PSL |
| 7 | Plaintiffs' Tenth Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 05/05/14 | PSL |
| 8 | Defendants' Responses to First Set of Request for Production of Documents to defendants Glenn Savage, Rose Henderson, Amy Irani, Susan LaBay, Jacque Raiche-Curl, Lorrain Forston, Robert Newton, an Cara Evangelista | 05/12/14 | Olson/Cannon |
| 9 | Plaintiffs' Notice of Issuance of Subpoena for Production of Documents | 05/15/14 | PSL |
| 10 | Plaintiff's Eleventh Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 05/16/14 | PSL |
| 11 | Affidavit of Service | 05/22/14 | PSL |
| 12 | Defendant Southern Nevada Health District's Responses to Plaintiffs' First Set of Request for Production of Documents | 05/27/14 | Golden |
| 13 | Defendants Angus MacEachern, Lawrence Sands, Kim DiPasquale, and Robert Gunnoe's Responses to Plaintiffs' First Set of Request for Production of Documents | 05/27/14 | Golden |
| 14 | Defendant Angus MacEachern's First Set of Interrogatories to Plaintiff Valerie Hirata | 05/30/14 | Golden |

- 3 –

FPDOCS 30556012.1

| | | | |
|---|---|---|---|
| 1 2 | Defendant Southern Nevada Health District's First Set of Interrogatories to Plaintiff Valerie Hirata | 05/30/14 | Golden |
| 3 | Defendant Robert Gunnoe's First Set of Interrogatories to Plaintiff Angela Jones | 05/30/14 | Golden |
| 4 5 | Defendant Lawrence Sands' First Set of Interrogatories to Plaintiff Angela Jones | 05/30/14 | Golden |
| 6 | Defendant Angus MacEachern's First Set of Interrogatories to Plaintiff Angela Jones | 05/30/14 | Golden |
| 7 8 | Defendant Kim DiPasquale's First Set of Interrogatories to Plaintiff Angela Jones | 05/30/14 | Golden |
| 9 | Defendant Southern Nevada Health District's First Set of Interrogatories to Plaintiff Whitnie Taylor | 05/30/14 | Golden |
| 10 | Defendant Angus MacEachern's First Set of Interrogatories to Plaintiff Whitnie Taylor | 05/30/14 | Golden |
| 11 12 | Defendant Robert Gunnoe's First Set of Interrogatories to Plaintiff Whitnie Taylor | 05/30/14 | Golden |
| 13 | Defendant Lawrence Sands' First Set of Interrogatories to Plaintiff Whitnie Taylor | 05/30/14 | Golden |
| 14 15 | Defendant Kim DiPasquale's First Set of Interrogatories to Plaintiff Whitnie Taylor | 05/30/14 | Golden |
| 16 | Defendant Kim DiPasquale's First Set of Interrogatories to Plaintiff Valerie Hirata | 05/30/14 | Golden |
| 17 18 | Defendant Lawrence Sands' First Set of Interrogatories to Plaintiff Valerie Hirata | 05/30/14 | Golden |
| 19 | Defendant Robert Gunnoe's First Set of Interrogatories to Plaintiff Valerie Hirata | 05/30/14 | Golden |
| 20 21 | Defendant Southern Nevada Health District's First Set of Interrogatories to Plaintiff Angela Jones | 05/30/14 | Golden |
| 22 | Plaintiffs' Twelfth Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 06/09/14 | PSL |
| 23 24 | Plaintiffs' Notice of Taking Videotaped Depositions (All Defendants) | 06/18/14 | PSL |
| 25 26 27 | Defendants' Responses to First Set of Request for Production of Documents to Defendants Glenn Savage, Rose Henderson, Amy Irani, Susan LaBay, Jacque Raiche-Curl, Lorraine Forston, Robert Newton and Cara Evangelista (First Supplement) | 06/23/14 | Olson/Cannon |
| 28 | | | |

FISHER & PHILLIPS LLP
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169

| | | |
|---|---|---|
| Plaintiffs' Responses to Southern Nevada Health District's Request for Production of Documents | 07/07/14 | PSL |
| Plaintiffs' Thirteenth Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 07/22/14 | PSL |
| Plaintiffs' Fourteenth Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 07/30/14 | PSL |
| Plaintiff Valerie Hirata's Answers to Defendant Southern Nevada Health District's First Set of Interrogatories | 07/30/14 | PSL |
| Plaintiff Valerie Hirata's Answers to Defendant Lawrence Sands' First Set of Interrogatories | 07/30/14 | PSL |
| Plaintiff Valerie Hirata's Answers to Defendant Angus MacEachern's First Set of Interrogatories | 07/30/14 | PSL |
| Plaintiff Valerie Hirata's Answers to Defendant Robert Gunnoe's First Set of Interrogatories | 07/30/14 | PSL |
| Plaintiff Valerie Hirata's Answers to Defendant Kim DiPasquale's First Set of Interrogatories | 07/30/14 | PSL |
| Plaintiff Angela Jones' Answers to Defendant Southern Nevada Health District's First Set of Interrogatories | 07/30/14 | PSL |
| Plaintiff Angela Jones' Answers to Defendant Lawrence Sands' First Set of Interrogatories | 07/30/14 | PSL |
| Plaintiff Angela Jones' Answers to Defendant Angus MacEachern's First Set of Interrogatories | 07/30/14 | PSL |
| Plaintiff Angela Jones' Answers to Defendant Robert Gunnoe's First Set of Interrogatories | 07/30/14 | PSL |
| Plaintiff Angela Jones' Answers to Defendant Kim DiPasquale's First Set of Interrogatories | 07/30/14 | PSL |
| Plaintiff Whitnie Taylor's Answers to Defendant Southern Nevada Health District's First Set of Interrogatories | 07/30/14 | PSL |
| Plaintiff Whitnie Taylor's Answers to Defendant Lawrence Sands' First Set of Interrogatories | 07/30/14 | PSL |
| Plaintiff Whitnie Taylor's Answers to Defendant Angus MacEachern's First Set of Interrogatories | 07/30/14 | PSL |
| Plaintiff Whitnie Taylor's Answers to Defendant Robert Gunnoe's First Set of Interrogatories | 07/30/14 | PSL |

FISHER & PHILLIPS LLP
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada  89169

| | | | |
|---|---|---|---|
| | Plaintiff Whitnie Taylor's Answers to Defendant Kim DiPasquale's First Set of Interrogatories | 07/30/14 | PSL |
| | Defendant Southern Nevada Health District's Second Set of Interrogatories to Plaintiffs | 08/06/14 | Golden |
| | Defendant Southern Nevada Health District's Second Requests for Production of Documents to Plaintiffs | 08/06/14 | Golden |
| | Plaintiffs' Fifteenth Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 09/03/14 | PSL |
| | Defendants': G. Savage, R. Henderson, A. Irani, S. LaBay, J. Raiche-Curl, L. Forston R. Newton and C. Evangelista Initial Disclosures (Second Supplement) | 09/09/14 | Olson/Cannon |
| | Plaintiffs' Sixteenth Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 09/09/14 | PSL |
| | Plaintiffs' Answers to Southern Nevada Health District's Second Set of Interrogatories | 09/15/14 | PSL |
| | Plaintiffs' Responses to Southern Nevada Health District's Second Request for Production of Documents | 09/15/14 | PSL |
| | Plaintiffs' Seventeenth Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 09/15/14 | PSL |
| | Plaintiffs' First Supplemental Responses to Southern Nevada Health District's First Request for Production of Documents | 09/15/14 | PSL |
| | Defendants': G. Savage, R. Henderson, A. Irani, S. LaBay, J. Raiche-Curl, L. Forston R. Newton and C. Evangelista Initial Disclosures (Third Supplement) | 09/18/14 | Olson/Cannon |
| | First Supplement to Defendants Southern Nevada Health Districts, Angus MacEachern, Lawrence Sands, Kim DiPasquale, and Robert Gunnoe's Initial Disclosures | 09/23/14 | Golden |
| | Plaintiffs' Third Set of Request for Production of Documents to Defendant Southern Nevada Health District | 10/07/14 | PSL |
| | Plaintiffs' Eighteenth Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 10/17/14 | PSL |

FPDOCS 30556012.1

- 6 –

| | | | |
|---|---|---|---|
| | Defendants': G. Savage, R. Henderson, A. Irani, S. LaBay, J. Raiche-Curl, L. Forston R. Newton and C. Evangelista Initial Disclosures (Fourth Supplement) | 11/10/14 | Olson/Cannon |
| | Plaintiffs' Nineteenth Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 11/12/14 | PSL |
| | Plaintiffs' First Set of Interrogatories to Defendant Southern Nevada Health District | 12/12/14 | PSL |
| | Defendant Southern Nevada Health District's Third Request for Production of Documents to Plaintiffs | 12/24/14 | Golden |
| | Defendant Southern Nevada Health District's Third Set of Interrogatories to Plaintiff Valerie Hirata | 12/24/14 | Golden |
| | Defendant Southern Nevada Health District's Third Set of Interrogatories to Plaintiff Angela Jones | 12/24/14 | Golden |
| | Defendant Southern Nevada Health District's Third Set of Interrogatories to Plaintiff Whitnie Taylor | 12/24/14 | Golden |
| | Plaintiffs' Twentieth Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 01/06/15 | PSL |
| | Plaintiffs' Twenty-first Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 01/26/15 | PSL |
| | Plaintiff Whitnie Taylor's Answers to Defendant Southern Nevada Health District's Third Set of Interrogatories | 01/21/15 | PSL |
| | Plaintiff Angela Jones' Answers to Defendant Southern Nevada Health District's Third Set of Interrogatories | 01/21/15 | PSL |
| | Defendant Southern Nevada Health District's Answers to Plaintiffs' First Set of Interrogatories | 01/22/15 | Golden |
| | Plaintiff Valerie Hirata's Answers to Defendant Southern Nevada Health District's Third Set of Interrogatories | 01/25/15 | PSL |
| | Plaintiffs' Responses to Defendant Southern Nevada Health District's Third Request for Production of Documents to Plaintiffs | 01/26/15 | PSL |
| | Glenn Savage's Request for Admissions to Valerie Hirata | 03/03/15 | Olson/Cannon |
| | Glenn Savage's Interrogatories to Valerie Hirata | 03/03/15 | Olson/Cannon |

| | | | |
|---|---|---|---|
| 1 | Defendants' Request for Production of Documents to Valerie Hirata | 03/03/15 | Olson/Cannon |
| 2 | Amy Irani's Request for Admissions to Valerie Hirata | 03/03/15 | Olson/Cannon |
| 3 | Amy Irani's Interrogatories to Valerie Hirata | 03/03/15 | Olson/Cannon |
| 4 | Susan LaBay's Request for Admissions to Valerie Hirata | 03/03/15 | Olson/Cannon |
| 5 | Susan LaBay's Interrogatories to Valerie Hirata | 03/03/15 | Olson/Cannon |
| 6 | Jacquelyn Raiche-Curl's Request for Admissions to Valerie Hirata | 03/03/15 | Olson/Cannon |
| 7 | Jacquelyn Raiche-Curl's Interrogatories to Valerie Hirata | 03/03/15 | Olson/Cannon |
| 8 | Glenn Savage's Request for Admissions to Whitnie Taylor | 03/03/15 | Olson/Cannon |
| 9 | Glenn Savage's Interrogatories to Whitnie Taylor | 03/03/15 | Olson/Cannon |
| 10 | Defendants' Request for Production of Documents to Whitnie Taylor | 03/03/15 | Olson/Cannon |
| 11 | Amy Irani's Request for Admissions to Whitnie Taylor | 03/03/15 | Olson/Cannon |
| 12 | Amy Irani's Interrogatories to Whitnie Taylor | 03/03/15 | Olson/Cannon |
| 13 | Susan LaBay's Request for Admissions to Whitnie Taylor | 03/03/15 | Olson/Cannon |
| 14 | Susan LaBay's Interrogatories to Whitnie Taylor | 03/03/15 | Olson/Cannon |
| 15 | Jacquelyn Raiche-Curl's Request for Admissions to Whitnie Taylor | 03/03/15 | Olson/Cannon |
| 16 | Jacquelyn Raiche-Curl's Interrogatories to Whitnie Taylor | 03/03/15 | Olson/Cannon |
| 17 | Glenn Savage's Request for Admissions to Angela Jones | 03/03/15 | Olson/Cannon |
| 18 | Glenn Savage's Interrogatories to Angela Jones | 03/03/15 | Olson/Cannon |
| 19 | Defendants' Request for Production of Documents to Angela Jones | 03/03/15 | Olson/Cannon |
| 20 | Amy Irani's Request for Admissions to Angela Jones | 03/03/15 | Olson/Cannon |
| 21 | Amy Irani's Interrogatories to Angela Jones | 03/03/15 | Olson/Cannon |
| 22 | Susan LaBay's Request for Admissions to Angela Jones | 03/03/15 | Olson/Cannon |

FISHER & PHILLIPS LLP
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169

- 8 –

FPDOCS 30556012.1

| | | |
|---|---|---|
| Susan LaBay's Interrogatories to Angela Jones | 03/03/15 | Olson/Cannon |
| Jacquelyn Raiche-Curl's Request for Admissions to Angela Jones | 03/03/15 | Olson/Cannon |
| Jacquelyn Raiche-Curl's Interrogatories to Angela Jones | 03/03/15 | Olson/Cannon |
| Plaintiffs' Twenty-second Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 03/11/15 | PSL |

In addition to the foregoing, the depositions of Defendants Lorraine Forston, Robert Gunnoe, Dr. Lawrence Sands, Robert Newton, Amy Irani, Susan LaBay-Leverton, Rose Henderson, Jacquelyn Raiche-Curl have been conducted along with former employee Steven Goode. (Mr. Goode's deposition will continue on April 20 and 21.) The depositions of the other individual Defendants and the Plaintiffs are in the process of being scheduled as well as disclosure and ultimately depositions of expert witnesses.

**2.  Specific description of discovery that needs to be completed:**

Plaintiffs and Defendants will retain and disclose expert witnesses, rebuttal expert disclosures, depositions of Plaintiffs and remaining Defendants, deposition of the person(s) most knowledgeable for Defendants, depositions of any remaining percipient witnesses; and additional Interrogatories, Requests for Admission and Requests for Production to Plaintiff and Defendant (as necessary).

**3.  The reasons why discovery cannot be completed within the current deadline:**

Due to the large number of depositions that must occur in this case and handling scheduling conflicts among the parties and their counsel, including several of the individual parties now living out of state, not all depositions will be able to be scheduled within sufficient time to allow for preparation before the current close of discovery

FISHER & PHILLIPS LLP
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169

deadline. Additionally, the parties have served on each other additional written discovery that will need to be responded-to and processed prior to some of the remaining depositions that will need to be completed. It will be beneficial to have completed the remaining depositions prior to disclosure of experts and prior to determining whether any third-party witness depositions will need to occur. Additionally, as of Plaintiffs' 22nd supplement to their initial disclosures, they have identified several hundred witnesses and have produced approximately 21,000 pages of documents. Completing depositions of the parties will be important to further narrow down those witnesses and documents.

**4.   Proposed schedule for completing discovery:**

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Deadline | July 6, 2015 | October 5, 2015 |
| Initial Expert Disclosure Deadline | May 5, 2015 | August 3, 2015 |
| Rebuttal Expert Deadline | June 6, 2015 | September 4, 2015 |
| Qualified Immunity Discovery Deadline - Pursuant to Court's Order of May 6, 2014, Docket #54 | Deadline Eliminated | N/A |
| Qualified Immunity Dispositive Motion Deadline - Pursuant to Court's Order of May 6, 2014, Docket #54 | Deadline Eliminated | N/A |
| Interim Status Report | May 5, 2015 | August 3, 2015 |
| Dispositive Motion Deadline | August 4, 2015 | November 2, 2015 |
| Pre-Trial Order (unless dispositive motions are filed, in which case the deadline shall be 30 days after decision of the dispositive motions or further order of the Court) | September 2, 2015 | December 1, 2015 |

FISHER & PHILLIPS LLP
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169

| Last Day to Submit Motion and/or Stipulation to Extend Discovery | June 13, 2014 | September 11, 2015 |
|---|---|---|

Dated this 14th day of April, 2015.

PARKER SCHEER LAGOMARSINO

By:   /s/ Andre M. Lagomarsino
Andre M. Lagomarsino, Esq.
9555 South Eastern Avenue, Suite 210
Las Vegas, Nevada 89123
*Attorney for Plaintiffs*

Dated this 14th day of April, 2015.

FISHER & PHILLIPS LLP

By:   /s/ Anthony Golden
MARK RICCIARDI, ESQ.
ANTHONY GOLDEN, ESQ.
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169
*Attorneys for Southern Nevada Health District, MacEachern, Sands, Gunnoe and DiPasquale*

Dated this 14th day of April, 2015.

OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI

By:   /s/ Peter Angulo
WALTER CANNON, ESQ.
PETER ANGULO, ESQ.
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
*Attorneys for Defendants Savage, Henderson, Irani, LaBay, Raiche-Curl, Forston, Newton*

# ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 28, 2015