1  **PARKER | SCHEER LAGOMARSINO**
    ANDRE M. LAGOMARSINO, ESQ.
2   Nevada Bar No. 6711
    9555 South Eastern Avenue, Suite 210
3   Las Vegas, Nevada 89123
4   Telephone: (702) 383-2864
    Facsimile: (702) 383-0065
5   *Attorney for Plaintiffs*

6                    UNITED STATES DISTRICT COURT

7                          DISTRICT OF NEVADA

8   VALERIE HIRATA; WHITNIE TAYLOR; and       CASE NO.:  2:13-cv-02302-LDG-VCF
9   ANGELA JONES

10                Plaintiffs,

11  v.

12                                             **STIPULATION AND ORDER TO
    SOUTHERN NEVADA HEALTH DISTRICT, a         EXTEND TIME TO COMPLETE
13  political subdivision of Clark County, Nevada;  DISCOVERY PURSUANT TO LR 26-4
    GLENN SAVAGE, in both his individual and        (FIFTH REQUEST)**
14  official capacity; AMY IRANI, in both her
    individual and official capacity; SUSAN LABAY,
15  in both her individual and official capacity;
    JACQUELYN RAICHE-CURL, in both her
16  individual and official capacity; ANGUS
17  MACEACHERN, in both his individual and
    official capacity; ROBERT GUNNOE, in both his
18  individual and official capacity; KIM
19  DIPASQUALE, in both her individual and official
    capacity; LAWRENCE SANDS, in both his
20  individual and official capacity;

21              Defendants.
22  _____

23      Pursuant to LR 26-4, the parties, by and through their respective counsel of record, for good

24  cause, and hereby stipulate to extend the discovery deadlines in the above-entitled matter by one

25  hundred fifty (150) days up to including March 3, 2016. The parties state the following:

26
27
28

Page 1 of 17

1. **Statement specifying discovery completed:**

| DOCUMENT | DATE | PARTY |
|---|---|---|
| Notice of LR 26-1 Conference | 02/26/14 | PSL |
| Plaintiffs' Initial Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 02/28/14 | PSL |
| Plaintiffs' First Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 03/07/14 | PSL |
| Plaintiffs' Second Supplement to re-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 03/14/14 | PSL |
| Defendants' Fed. R. Civ. P. 26(f) Production | 03/14/14 | Olson/Cannon |
| Plaintiffs' Third Supplement to re-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 03/21/14 | PSL |
| Plaintiffs' Fourth Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 03/25/14 | PSL |
| Plaintiffs' Fifth Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 03/28/14 | PSL |
| Plaintiffs' Sixth Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 04/04/14 | PSL |
| Plaintiffs' First Set of Request for Production of Documents to Defendant Southern Nevada Health District | 04/04/14 | PSL |
| Plaintiffs' First Set of Request for Production of Documents to Defendants angus MacEachern, Lawrence Sands, Kim DiPasquale and Robert Gunnoe | 04/08/14 | PSL |
| Plaintiffs' First Set of Request for Production of Documents to Defendants Glenn Savage, Rose Henderson, Amy Irani, Susan LaBay, Jacque Raiche-Curl, Lorraine Forston, Robert Newton and Cara Evangelista | 04/08/14 | PSL |
| Defendants Southern Nevada Health District, Angus MacEachern, Lawrence Sands, Kim DiPasquale, and Robert Gunnoe's Initial Disclosures | 04/10/14 | Fisher/Phillips |

| | | |
|---|---|---|
| Plaintiffs' Seventh Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 04/11/14 | PSL |
| Plaintiffs' Eighth Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 04/18/14 | PSL |
| Plaintiffs' Ninth Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 04/18/14 | PSL |
| Certificate of Service | 05/01/14 | PSL |
| Plaintiffs' Tenth Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 05/05/14 | PSL |
| Defendants' Responses to First Set of Request for Production of Documents to defendants Glenn Savage, Rose Henderson, Amy Irani, Susan LaBay, Jacque Raiche-Curl, Lorrain Forston, Robert Newton, an Cara Evangelista | 05/12/14 | Olson/Cannon |
| Plaintiffs' Notice of Issuance of Subpoena for Production of Documents | 05/15/14 | PSL |
| Plaintiff's Eleventh Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 05/16/14 | PSL |
| Affidavit of Service | 05/22/14 | PSL |
| Defendant Southern Nevada Health District's Responses to Plaintiffs' First Set of Request for Production of Documents | 05/27/14 | Fisher/Phillips |
| Defendants Angus MacEachern, Lawrence Sands, Kim DiPasquale, and Robert Gunnoe's Responses to Plaintiffs' First Set of Request for Production of Documents | 05/27/14 | Fisher/Phillips |
| Defendant Angus MacEachern's First Set of Interrogatories to Plaintiff Valerie Hirata | 05/30/14 | Fisher/Phillips |
| Defendant Southern Nevada Health District's First Set of Interrogatories to Plaintiff Valerie Hirata | 05/30/14 | Fisher/Phillips |
| Defendant Robert Gunnoe's First Set of Interrogatories to Plaintiff Angela Jones | 05/30/14 | Fisher/Phillips |

| | | |
|---|---|---|
| Defendant Lawrence Sands' First Set of Interrogatories to Plaintiff Angela Jones | 05/30/14 | Fisher/Phillips |
| Defendant Angus MacEachern's First Set of Interrogatories to Plaintiff Angela Jones | 05/30/14 | Fisher/Phillips |
| Defendant Kim DiPasquale's First Set of Interrogatories to Plaintiff Angela Jones | 05/30/14 | Fisher/Phillips |
| Defendant Southern Nevada Health District's First Set of Interrogatories to Plaintiff Whitnie Taylor | 05/30/14 | Fisher/Phillips |
| Defendant Angus MacEachern's First Set of Interrogatories to Plaintiff Whitnie Taylor | 05/30/14 | Fisher/Phillips |
| Defendant Robert Gunnoe's First Set of Interrogatories to Plaintiff Whitnie Taylor | 05/30/14 | Fisher/Phillips |
| Defendant Lawrence Sands' First Set of Interrogatories to Plaintiff Whitnie Taylor | 05/30/14 | Fisher/Phillips |
| Defendant Kim DiPasquale's First Set of Interrogatories to Plaintiff Whitnie Taylor | 05/30/14 | Fisher/Phillips |
| Defendant Kim DiPasquale's First Set of Interrogatories to Plaintiff Valerie Hirata | 05/30/14 | Fisher/Phillips |
| Defendant Lawrence Sands' First Set of Interrogatories to Plaintiff Valerie Hirata | 05/30/14 | Fisher/Phillips |
| Defendant Robert Gunnoe's First Set of Interrogatories to Plaintiff Valerie Hirata | 05/30/14 | Fisher/Phillips |
| Defendant Southern Nevada Health District's First Set of Interrogatories to Plaintiff Angela Jones | 05/30/14 | Fisher/Phillips |
| Plaintiffs' Twelfth Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 06/09/14 | PSL |
| Plaintiffs' Notice of Taking Videotaped Depositions (All Defendants) | 06/18/14 | PSL |
| Defendants' Responses to First Set of Request for Production of Documents to Defendants Glenn Savage, Rose Henderson, Amy Irani, Susan LaBay, Jacque Raiche-Curl, Lorraine Forston, Robert Newton and Cara Evangelista (First Supplement) | 06/23/14 | Olson/Cannon |

| | | |
|---|---|---|
| Plaintiffs' Responses to Southern Nevada Health District's Request for Production of Documents | 07/07/14 | PSL |
| Plaintiffs' Thirteenth Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 07/22/14 | PSL |
| Plaintiffs' Fourteenth Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 07/30/14 | PSL |
| Plaintiff Valerie Hirata's Answers to Defendant Southern Nevada Health District's First Set of Interrogatories | 07/30/14 | PSL |
| Plaintiff Valerie Hirata's Answers to Defendant Lawrence Sands' First Set of Interrogatories | 07/30/14 | PSL |
| Plaintiff Valerie Hirata's Answers to Defendant Angus MacEachern's First Set of Interrogatories | 07/30/14 | PSL |
| Plaintiff Valerie Hirata's Answers to Defendant Robert Gunnoe's First Set of Interrogatories | 07/30/14 | PSL |
| Plaintiff Valerie Hirata's Answers to Defendant Kim DiPasquale's First Set of Interrogatories | 07/30/14 | PSL |
| Plaintiff Angela Jones' Answers to Defendant Southern Nevada Health District's First Set of Interrogatories | 07/30/14 | PSL |
| Plaintiff Angela Jones' Answers to Defendant Lawrence Sands' First Set of Interrogatories | 07/30/14 | PSL |
| Plaintiff Angela Jones' Answers to Defendant Angus MacEachern's First Set of Interrogatories | 07/30/14 | PSL |
| Plaintiff Angela Jones' Answers to Defendant Robert Gunnoe's First Set of Interrogatories | 07/30/14 | PSL |
| Plaintiff Angela Jones' Answers to Defendant Kim DiPasquale's First Set of Interrogatories | 07/30/14 | PSL |
| Plaintiff Whitnie Taylor's Answers to Defendant Southern Nevada Health District's First Set of Interrogatories | 07/30/14 | PSL |
| Plaintiff Whitnie Taylor's Answers to Defendant Lawrence Sands' First Set of Interrogatories | 07/30/14 | PSL |

| | | |
|---|---|---|
| Plaintiff Whitnie Taylor's Answers to Defendant Angus MacEachern's First Set of Interrogatories | 07/30/14 | PSL |
| Plaintiff Whitnie Taylor's Answers to Defendant Robert Gunnoe's First Set of Interrogatories | 07/30/14 | PSL |
| Plaintiff Whitnie Taylor's Answers to Defendant Kim DiPasquale's First Set of Interrogatories | 07/30/14 | PSL |
| Defendant Southern Nevada Health District's Second Set of Interrogatories to Plaintiffs | 08/06/14 | Fisher/Phillips |
| Defendant Southern Nevada Health District's Second Requests for Production of Documents to Plaintiffs | 08/06/14 | Fisher/Phillips |
| Plaintiffs' Fifteenth Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 09/03/14 | PSL |
| Defendants': G. Savage, R. Henderson, A. Irani, S. LaBay, J. Raiche-Curl, L. Forston R. Newton and C. Evangelista Initial Disclosures (Second Supplement) | 09/09/14 | Olson/Cannon |
| Plaintiffs' Sixteenth Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 09/09/14 | PSL |
| Deposition of Lorraine Forston, Vol 1 | 09/10/14 | PSL |
| Plaintiffs' Answers to Southern Nevada Health District's Second Set of Interrogatories | 09/15/14 | PSL |
| Plaintiffs' Responses to Southern Nevada Health District's Second Request for Production of Documents | 09/15/14 | PSL |
| Plaintiffs' Seventeenth Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 09/15/14 | PSL |
| Plaintiffs' First Supplemental Responses to Southern Nevada Health District's First Request for Production of Documents | 09/15/14 | PSL |
| Defendants': G. Savage, R. Henderson, A. Irani, S. LaBay, J. Raiche-Curl, L. Forston R. Newton and C. Evangelista Initial Disclosures (Third Supplement) | 09/18/14 | Olson/Cannon |
| Deposition of Robert Gunnoe | 09/19/14 | PSL |

| | | |
|---|---|---|
| First Supplement to Defendants Southern Nevada Health Districts, Angus MacEachern, Lawrence Sands, Kim DiPasquale, and Robert Gunnoe's Initial Disclosures | 09/23/14 | Fisher/Phillips |
| Plaintiffs' Third Set of Request for Production of Documents to Defendant Southern Nevada Health District | 10/07/14 | PSL |
| Plaintiffs' Eighteenth Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 10/17/14 | PSL |
| Deposition of Lawrence Sands | 10/20/14 | PSL |
| Deposition of Robert Newton | 10/22/14 | PSL |
| Deposition of Lorraine Forston, Vol II | 10/23/14 | PSL |
| Defendants': G. Savage, R. Henderson, A. Irani, S. LaBay, J. Raiche-Curl, L. Forston R. Newton and C. Evangelista Initial Disclosures (Fourth Supplement) | 11/10/14 | Olson/Cannon |
| Plaintiffs' Nineteenth Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 11/12/14 | PSL |
| Deposition of Rose Henderson | 11/13/14 | PSL |
| Deposition of Susan Leaverton | 11/19/14 | PSL |
| Deposition of Amy Irani | 11/20/14 | PSL |
| Plaintiffs' First Set of Interrogatories to Defendant Southern Nevada Health District | 12/12/14 | PSL |
| Defendant Southern Nevada Health District's Third Request for Production of Documents to Plaintiffs | 12/24/14 | Fisher/Phillips |
| Defendant Southern Nevada Health District's Third Set of Interrogatories to Plaintiff Valerie Hirata | 12/24/14 | Fisher/Phillips |
| Defendant Southern Nevada Health District's Third Set of Interrogatories to Plaintiff Angela Jones | 12/24/14 | Fisher/Phillips |
| Defendant Southern Nevada Health District's Third Set of Interrogatories to Plaintiff Whitnie Taylor | 12/24/14 | Fisher/Phillips |

| | | |
|---|---|---|
| Plaintiffs' Twentieth Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 01/06/15 | PSL |
| Deposition of Jacque Raiche-Curl | 01/07/15 | PSL |
| Plaintiffs' Twenty-first Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 01/26/15 | PSL |
| Plaintiff Whitnie Taylor's Answers to Defendant Southern Nevada Health District's Third Set of Interrogatories | 01/21/15 | PSL |
| Plaintiff Angela Jones' Answers to Defendant Southern Nevada Health District's Third Set of Interrogatories | 01/21/15 | PSL |
| Defendant Southern Nevada Health District's Answers to Plaintiffs' First Set of Interrogatories | 01/22/15 | Fisher/Phillips |
| Plaintiff Valerie Hirata's Answers to Defendant Southern Nevada Health District's Third Set of Interrogatories | 01/25/15 | PSL |
| Plaintiffs' Responses to Defendant Southern Nevada Health District's Third Request for Production of Documents to Plaintiffs | 01/26/15 | PSL |
| Glenn Savage's Request for Admissions to Valerie Hirata | 03/03/15 | Olson/Cannon |
| Glenn Savage's Interrogatories to Valerie Hirata | 03/03/15 | Olson/Cannon |
| Defendants' Request for Production of Documents to Valerie Hirata | 03/03/15 | Olson/Cannon |
| Amy Irani's Request for Admissions to Valerie Hirata | 03/03/15 | Olson/Cannon |
| Amy Irani's Interrogatories to Valerie Hirata | 03/03/15 | Olson/Cannon |
| Susan LaBay's Request for Admissions to Valerie Hirata | 03/03/15 | Olson/Cannon |
| Susan LaBay's Interrogatories to Valerie Hirata | 03/03/15 | Olson/Cannon |
| Jacquelyn Raiche-Curl's Request for Admissions to Valerie Hirata | 03/03/15 | Olson/Cannon |

| | | | |
|---|---|---|---|
| Jacquelyn Raiche-Curl's Interrogatories to Valerie Hirata | 03/03/15 | Olson/Cannon |
| Glenn Savage's Request for Admissions to Whitnie Taylor | 03/03/15 | Olson/Cannon |
| Glenn Savage's Interrogatories to Whitnie Taylor | 03/03/15 | Olson/Cannon |
| Defendants' Request for Production of Documents to Whitnie Taylor | 03/03/15 | Olson/Cannon |
| Amy Irani's Request for Admissions to Whitnie Taylor | 03/03/15 | Olson/Cannon |
| Amy Irani's Interrogatories to Whitnie Taylor | 03/03/15 | Olson/Cannon |
| Susan LaBay's Request for Admissions to Whitnie Taylor | 03/03/15 | Olson/Cannon |
| Susan LaBay's Interrogatories to Whitnie Taylor | 03/03/15 | Olson/Cannon |
| Jacquelyn Raiche-Curl's Request for Admissions to Whitnie Taylor | 03/03/15 | Olson/Cannon |
| Jacquelyn Raiche-Curl's Interrogatories to Whitnie Taylor | 03/03/15 | Olson/Cannon |
| Glenn Savage's Request for Admissions to Angela Jones | 03/03/15 | Olson/Cannon |
| Glenn Savage's Interrogatories to Angela Jones | 03/03/15 | Olson/Cannon |
| Defendants' Request for Production of Documents to Angela Jones | 03/03/15 | Olson/Cannon |
| Amy Irani's Request for Admissions to Angela Jones | 03/03/15 | Olson/Cannon |
| Amy Irani's Interrogatories to Angela Jones | 03/03/15 | Olson/Cannon |
| Susan LaBay's Request for Admissions to Angela Jones | 03/03/15 | Olson/Cannon |
| Susan LaBay's Interrogatories to Angela Jones | 03/03/15 | Olson/Cannon |
| Jacquelyn Raiche-Curl's Request for Admissions to Angela Jones | 03/03/15 | Olson/Cannon |
| Jacquelyn Raiche-Curl's Interrogatories to Angela Jones | 03/03/15 | Olson/Cannon |

| | | |
|---|---|---|
| Plaintiffs' Twenty-second Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 03/11/15 | PSL |
| Deposition of Steven Goode, Vol 1 | 03/12/15 | Fisher/Phillips |
| Deposition of Steven Goode, Vol 2 | 03/15/15 | PSL |
| Plaintiffs' Notice of Vacating the Deposition of Tim Pangborn | 03/17/15 | PSL |
| Notice of Deposition – All Plaintiffs | 04/03/15 | Fisher/Phillips |
| Plaintiffs' Eleventh Amended Notice of Videotaped Deposition – Steven Goode | 04/07/15 | PSL |
| Notice of Deposition of Steve Goode | 04/07/15 | Fisher/Phillips |
| Defendant Southern Nevada Health District's Fourth Set of Interrogatories to Plaintiff Whitnie Taylor | 04/09/15 | Fisher/Phillips |
| Defendant Southern Nevada Health District's Fourth Set of Interrogatories to Plaintiff Valerie Hirata | 04/09/15 | Fisher/Phillips |
| Defendant Southern Nevada Health District's Fourth Set of Interrogatories to Plaintiff Angela Jones | 04/09/15 | Fisher/Phillips |
| Defendant Southern Nevada Health District's Fourth Request for Production of Documents to Plaintiffs' (NOS. 23-26) | 04/09/15 | Fisher/Phillips |
| Deposition of Steven Goode, Vol 3 | 04/20/15 | PSL |
| Plaintiffs' Twenty-Third Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 04/20/15 | PSL |
| Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action – MGM Grand Hotel LLC | 04/22/15 | PSL |
| Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action – Crescent Hotels & Resorts | 04/22/15 | PSL |

Page 10 of 17

| | | |
|---|---|---|
| Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action– HRHH Hotel/Casino | 4/22/15 | PSL |
| Plaintiffs' Notice of Taking Depositions (Custodian of Records) | 04/22/15 | PSL |
| Notice of Deposition of Valerie Hirata | 04/23/15 | Fisher/Phillips |
| Notice of Deposition of Angela Jones | 04/23/15 | Fisher/Phillips |
| Notice of Deposition of Whitnie Taylor | 04/23/15 | Fisher/Phillips |
| Affidavit of Service – to HRHH Hotel/Casino | 04/24/15 | PSL |
| Affidavit of Service – to MGM Grand Hotel | 04/24/15 | PSL |
| Plaintiffs' Twenty-Fourth Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 04/26/15 | PSL |
| Proof of Service – Crescent Hotels & Resorts, LLC | 04/30/15 | PSL |
| Notice of Vacating Depositions | 05/04/15 | Fisher/Phillips |
| Amended Notice of Deposition of Whitnie Taylor | 05/05/15 | Fisher/Phillips |
| Amended Notice of Deposition of Angela Jones | 05/05/15 | Fisher/Phillips |
| Amended Notice of Deposition of Valerie Hirata | 05/05/15 | Fisher/Phillips |
| Plaintiffs' Twelfth Amended Notice of Videotaped Depositions | 05/13/15 | PSL |
| Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action | 05/15/15 | PSL |
| Plaintiff's Notice of Taking the Deposition of the Custodian of Records of Clark County Fire Dept. | 05/15/15 | PSL |
| Affidavit of Service - COR for Clark County Fire Dept. | 5/19/15 | PSL |
| Plaintiffs' Notice of Taking the Deposition of the Custodian of Records of Clark County Fire Department | 05/20/15 | PSL |

| Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a civil Action | 05/20/15 | PSL |
|---|---|---|
| Plaintiffs' Thirteenth Amended Notice of Videotaped Depositions | 05/20/15 | PSL |
| Valerie Hirata's Responses to Amy Irani's Request for Admissions | 05/20/15 | PSL |
| Whitnie Taylor's Responses to Amy Irani's Request for Admissions | 05/20/15 | PSL |
| Angela Jones' Responses to Amy Irani's Request for Admissions | 05/20/15 | PSL |
| Valerie Hirata's Responses to Jacquelyn Raiche-Curl's Request for Admissions | 05/20/15 | PSL |
| Whitnie Taylor's Responses to Jacquelyn Raiche-Curl's Request for Admissions | 05/20/15 | PSL |
| Angela Jones' Responses to Jacquelyn Raiche-Curl's Request for Admissions | 05/20/15 | PSL |
| Valerie Hirata's Responses to Susan Labay's Request for Admissions | 05/20/15 | PSL |
| Whitnie Taylor's Responses to Susan Labay's Request for Admissions | 05/20/15 | PSL |
| Angela Jones' Responses to Susan Labay's Request for Admissions | 05/20/15 | PSL |
| Valerie Hirata's Responses to Glenn Savage's Request For Admissions | 05/20/15 | PSL |
| Whitnie Taylor's Responses to Glenn Savage's Request for Admissions | 05/20/15 | PSL |
| Angela Jones' Responses to Glenn Savage's Request for Admissions | 05/20/15 | PSL |
| Plaintiff Valerie Hirata's Answers to Defendant Jacquelyn Raiche-Curl's Interrogatories | 05/20/15 | PSL |
| Plaintiff Valerie Hirata's Answers to Defendant Susan Labay's Interrogatories | 05/20/15 | PSL |

| Plaintiffs Valerie Hirata's Answers to Defendant Amy Irani's Interrogatories | 05/20/15 | PSL |
|---|---|---|
| Plaintiff Valerie Hirata's Answers to Defendant Glenn Savage's Interrogatories | 05/20/15 | PSL |
| Plaintiff Angela Jones' Answers to Defendant Susan Labay's Interrogatories | 05/20/15 | PSL |
| Plaintiff Angela Jones' Answers to Defendant Jacquelyn Raiche-Curl's Interrogatories | 05/20/15 | PSL |
| Plaintiff Angela Jones' Answers to Defendant Amy Irani's Interrogatories | 05/20/15 | PSL |
| Plaintiff Angela Jones' Answers to Defendant Glenn Savage's Interrogatories | 05/20/15 | PSL |
| Plaintiffs Whitnie Taylor's Answers to Defendant Susan Labay's Interrogatories | 05/20/15 | PSL |
| Plaintiffs Whitnie Taylor's Answers to Defendant Glenn Savage's Interrogatories | 05/20/15 | PSL |
| Plaintiff Whitnie Taylor's Answers to Defendant Amy Irani's First Set of Interrogatories | 05/20/15 | PSL |
| Plaintiff Whitnie Taylor's Answers to Defendant Jacquelyn Raiche-Curl's Interrogatories | 05/20/15 | PSL |
| Whitnie Taylor's Responses to Defendant's Request for Production of Documents | 05/20/15 | PSL |
| Valerie Hirata's Responses to Defendants' Request for Production of Documents | 05/20/15 | PSL |
| Angela Jones' Responses to Defendants' Request for Production of Documents | 05/20/15 | PSL |
| Plaintiffs Twenty-Fifth Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 05/20/15 | PSL |
| Defendant Southern Nevada Health District's Supplemental Responses to Plaintiffs' Third Set of Request for Production of Documents | 05/22/15 | Fisher/Phillips |

| | | |
|---|---|---|
| Defendant Southern Nevada Health District's Supplemental Responses to Plaintiff's First Set of Request for Production of Documents | 05/22/15 | Fisher/Phillips |
| Affidavit of Service – COR for Clark County Fire Department | 05/27/15 | PSL |
| Plaintiffs Twenty-Sixth Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 06/01/15 | PSL |
| Deposition of Defendant Angus MacEachern | 06/08/15 | PSL |
| Plaintiff Valerie Hirata's Answers to Defendant Southern Nevada Health District's Fourth Set of Interrogatories | 06/08/15 | PSL |
| Plaintiff Angela Jones's Answers to Defendant Southern Nevada Health District's Fourth Set of Interrogatories | 06/08/15 | PSL |
| Plaintiff Whitnie Taylor's Answers to Defendant Southern Nevada Health District's Fourth Set of Interrogatories | 06/08/15 | PSL |
| Plaintiff's Responses to Defendant Southern Nevada Health District's Fourth Set of Request for Production of Documents (NOS. 23-26) | 06/08/15 | PSL |
| Plaintiffs' Notice of Objection to (1) Amended Notice of Deposition of Valerie Hirata; (2) Amended Notice of Deposition of Angela Jones and (3) Amended Notice of Deposition of Whitnie Taylor | 06/08/15 | PSL |
| Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action-Depo International, LLC | 06/11/15 | PSL |
| Plaintiff' Notice of Taking the Deposition of the Custodian of Records of Depo International, LLC | 06/12/15 | PSL |
| Deposition of Plaintiff Angela Jones, Vol 1 | 06/15/15 | Fisher/Phillips |
| Deposition of Plaintiff Angela Jones, Vol 2 | 06/16/15 | Fisher/Phillips |
| Deposition of Plaintiff Valerie Hirata, Vol 1 | 06/17/15 | Fisher/Phillips |

| Deposition of Plaintiff Valerie Hirata, Vol 2 | 06/18/15 | Fisher/Phillips |
|---|---|---|
| Deposition of Plaintiff Whitnie Taylor | 06/19/15 | Fisher/Phillips |
| Affidavit of Service – Depo International, LLC | 6/30/15 | PSL |
| Defendants' Fed. R. Civ. P. 26(f) Production Sixth Supplement | 07/14/15 | Olson/Cannon |
| Plaintiffs' Notice of Vacating the Videotaped Deposition of Cara Evangelista | 07/16/15 | PSL |
| Plaintiffs' Twenty-Seventh Supplement to Pre-Trial Disclosures Made Pursuant to LR 26-1 and FRCP 26(a)(1) | 07/22/15 | PSL |
| Deposition of Glenn Savage, Vol. 1 | 07/23/15 | PSL |

2. **Specific description of discovery that needs to be completed:**

Plaintiffs and Defendants will retain and disclose expert witnesses, rebuttal expert disclosures, possible continued depositions of all Plaintiffs in addition to the depositions of Defendants Glenn Savage (Vol. 2) and Kim DiPasquale. Additional depositions of the person(s) most knowledgeable for Defendants, depositions of any percipient witnesses and lay witnesses; and additional Interrogatories, Requests for Admission and Requests for Production to Plaintiffs and Defendants (if necessary).

3. **The reasons why the deadline was not satisfied:**

The plaintiffs' worked for the Southern Nevada Health District for approximately ten (10) years each. As such, the instant lawsuit alleges causes of actions pertaining to the history of the plaintiffs' employment that requires extensive investigation by all parties.

Due to the large number of depositions that must occur in this case and handling scheduling conflicts among the parties and their counsel, not all depositions will be able to be scheduled within sufficient time before the current close of discovery deadline. In addition to the remaining

defendants to be deposed (Glenn Savage, Vol. 2 and Kim DiPasquale), the plaintiffs anticipate taking the depositions of approximately ten (10) additional third-party witnesses.

It will be beneficial to have completed the remaining depositions prior to the initial expert disclosure in order for the experts to have all necessary information prior to the time of the initial disclosure deadline.

Finally, as of Plaintiffs' 28th supplement to their initial disclosures, they have identified several hundred witnesses and have produced approximately 25,000 pages of documents. Completing depositions of the parties will be important to further narrow down those witnesses and documents.

4. **Proposed schedule for completing discovery:**

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Deadline | October 5, 2015 | Thursday, March 3, 2016 |
| Amend Pleadings/Add Parties | August 3, 2015 | Monday, December 5, 2016 |
| Initial Expert Disclosure Deadline | August 3, 2015 | Monday, December 5, 2016 |
| Rebuttal Expert Deadline | September 4, 2015 | Tuesday, February 2, 2016 |
| Interim Status Report | August 3, 2015 | Monday, December 5, 2016 |
| Dispositive Motion Deadline | November 2, 2015 | Monday, April 4, 2016 |
| Pre-Trial Order (unless dispositive motions are filed, in which case the deadline shall be 30 days after decision of the dispositive motions or further order of the Court) | December 1, 2015 | Wednesday, May 4, 2016 |
| Last Day to Submit Motion and/or Stipulation to Extend Discovery | September 11, 2015 | Friday, February 12, 2016 |

///

///

Page 16 of 17

| | |
|---|---|
| DATED this 31st day of July, 2015. | DATED this 31st day of July, 2015. |
| PARKER SCHEER LAGOMARSINO | OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI |
| /s/ Andre M. Lagomarsino, Esq.<br>Andre M. Lagomarsino, Esq.<br>9555 South Eastern Avenue, Suite 210<br>Las Vegas, Nevada 89123<br>*Attorney for Plaintiffs* | /s/ Peter Angulo, Esq.<br>WALTER CANNON, ESQ.<br>PETER ANGULO, ESQ.<br>9950 West Cheyenne Avenue<br>Las Vegas, Nevada 89129<br>*Attorneys for Defendants Savage, Irani, Labay, Raiche-Curl, Newton* |

DATED this 31st day of July, 2015.

FISHER & PHILLIPS LLP

/s/ Whitney Selert, Esq.
MARK RICCIARDI, ESQ.
WHITNEY SELERT, ESQ.
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169
*Attorneys for Southern Nevada Health District, Maceachern, Sands, Gunnoe and Dipasquale*

### ORDER

IT IS SO ORDERED.

DATED this 31st day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE