# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| VALERIE HIRATA, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>SOUTHERN NEVADA HEALTH DISTRICT, *et al.*,<br><br>　　　　　Defendants. | 2:13-cv-02302-LDG-VCF<br>**ORDER** |

Before the court is Steven Zimmerman's Emergency Motion to Disqualify Attorney Whitney Selert. (#85).

Accordingly,

IT IS HEREBY ORDERED that the deposition of Steven Zimmerman on March 22, 2016 is stayed pending the decision of the instant motion.

IT IS FURTHER ORDERED that a hearing on Steven Zimmerman's Emergency Motion to Disqualify Attorney Whitney Selert (#85) is scheduled for 10:00 a.m., April 11, 2016, in courtroom 3D.

DATED this 10th day of March, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE