# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| VALERIE HIRATA, *et al.*, | |
| Plaintiffs, | 2:13-cv-02302-LDG-VCF |
| vs. | **ORDER** |
| SOUTHERN NEVADA HEALTH DISTRICT, *et al.*, | |
| Defendants. | |

Before the court is Steven Zimmerman's Emergency Motion to Disqualify Attorney Whitney Selert.  (#85).  A hearing on Steven Zimmerman's Emergency Motion to Disqualify Attorney Whitney Selert (#85) was scheduled for 10:00 a.m., April 11, 2016.  Due to a conflict on the court's calendar,

IT IS HEREBY ORDERED that the hearing on Steven Zimmerman's Emergency Motion to Disqualify Attorney Whitney Selert (#85) scheduled for 10:00 a.m., April 11, 2016, is VACATED and RESCHEDULED to 11:15 a.m., April 12, 2016, in courtroom 3D.

DATED this 18th day of March, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE