**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 West Horizon Ridge Parkway, Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VALERIE HIRATA; WHITNIE TAYLOR; and ANGELA JONES<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHERN NEVADA HEALTH DISTRICT, a political subdivision of Clark County, Nevada; GLENN SAVAGE, in both his individual and official capacity; AMY IRANI, in both her individual and official capacity; SUSAN LABAY, in both her individual and official capacity; JACQUELYN RAICHE-CURL, in both her individual and official capacity; ANGUS MACEACHERN, in both his individual and official capacity; ROBERT GUNNOE, in both his individual and official capacity; KIM DIPASQUALE, in both her individual and official capacity; LAWRENCE SANDS, in both his individual and official capacity;<br><br>Defendants. | CASE NO.: 2:13-cv-02302-LDG-VCF<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFFS' PUNITIVE DAMAGE CLAIMS WITH PREJUDICE AGAINST ALL INDIVIDUAL DEFENDANTS** |

Plaintiffs VALERIE HIRATA, WHITNIE TAYLOR and ANGELA JONES, by and through their attorney of record, Andre M. Lagomarsino, Esq., of the law firm of Lagomarsino Law, and Defendants SOUTHERN NEVADA HEALTH DISTRICT, ANGUS MACEACHERN, ROBERT GUNNOE, KIM DIPASQUALE, and LAWRENCE SANDS, by and through their attorney of record, Whitney Selert, Esq., of the law firm of Fisher & Phillips LLP, and Defendants GLENN SAVAGE, AMY IRANI, SUSAN LABAY, JACQUELYN RAICHE-CURL, by and

through their counsel of record, Walter Cannon, Esq. and Peter Angulo, Esq., of the law firm of Olson, Cannon, Gormley, Angulo & Stoberski, for good cause hereby stipulate as follows:

1. All punitive damage claims asserted by Plaintiffs against all individual Defendants are DISMISSED WITH PREJUDICE, as to those particular individual Defendants pursuant to Local Rules 6-2 and 7-1 of the United States District Court for the District of Nevada.

DATED this 1st day of April, 2016.

LAGOMARSINO LAW

 /s/ Andre M. Lagomarsino, Esq.
ANDRE M. LAGOMARSINO, ESQ. (#6711)
3005 West Horizon Ridge Parkway, Suite 241
Henderson, Nevada 89052
*Attorney for Plaintiffs*

DATED this 1st day of April, 2016.

OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI

 /s/ Peter Angulo, Esq.
WALTER CANNON, ESQ. (#1505)
PETER ANGULO, ESQ. (#3672)
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
*Attorneys for Defendants Savage, Irani, Labay, Raiche-Curl and Evangelista*

DATED this 1st day of April, 2016.

FISHER & PHILLIPS LLP

 /s/ Whitney Selert, Esq.
MARK RICCIARDI, ESQ.
Attn: WHITNEY SELERT, ESQ.
300 South Fourth Street, Suite 1500
Las Vegas, Nevada 89101
*Attorneys for Southern Nevada Health District, Maceachern, Sands, Gunnoe and Dipasquale*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE
Dated: _____6_____ April 2016