# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| VALERIE HIRATA, *et al.*, | |
| Plaintiffs, | 2:13-cv-02302-LDG-VCF |
| vs. | **MINUTE ORDER** |
| SOUTHERN NEVADA HEALTH DISTRICT, *et al.*, | |
| Defendants. | |

Before the Court is Defendant Southern Nevada Health District's Emergency Motion for Protective Order Regarding Plaintiffs' 30(b)(6). (#104).

IT IS HEREBY ORDERED that the 30(b)(6) deposition scheduled for April 22, 2016 is stayed pending the Court's decision on Defendant Southern Nevada Health District's Emergency Motion for Protective Order Regarding Plaintiffs' 30(b)(6) (#104).

IT IS FURTHER ORDERED that any opposition to Defendant Southern Nevada Health District's Emergency Motion for Protective Order Regarding Plaintiffs' 30(b)(6) (#104) must be filed on or before April 27, 2016. Any reply in support of the instant motion must be filed on or before May 4, 2016.

IT IS FURTHER ORDERED that a hearing on Defendant Southern Nevada Health District's Emergency Motion for Protective Order Regarding Plaintiffs' 30(b)(6) (#104) is scheduled for 10:00 a.m., May 11, 2016, in courtroom 3D.

DATED this 20th day of April, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE