**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| VALERIE HIRATA, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> SOUTHERN NEVADA HEALTH DISTRICT, *et al.*, <br><br> Defendants. | 2:13-cv-02302-LDG-VCF <br> **ORDER** |

The Court has reviewed Plaintiffs' Emergency Motion to Quash Defendants' Overbroad Subpoenas Issued without Lawful Notice to Strike Defendants' Answer for Subpoenaing Privileged Documents (#113). This order will serve as a temporary protective order.

Accordingly,

IT IS HEREBY ORDERED that Microsoft Corporation Online Services, Google, Inc., and Yahoo!, Inc. must not respond to the subpoenas in Exhibit 2 (#113-2) until further order of the Court.

IT IS FURTHER ORDERED that Plaintiffs' Emergency Motion to Quash Defendants' Overbroad Subpoenas Issued without Lawful Notice to Strike Defendants' Answer for Subpoenaing Privileged Documents (#113) is briefed in the ordinary course pursuant to LR 7-2.

The Clerk of Court is directed to mail a copy of this Order to the following addresses:

Microsoft Corporation Online Services
c/o CSC Services of Nevada, Inc.
2215-B Renaissance Drive
Las Vegas, Nevada 89119

Google, Inc.
c/o CSC - Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA  95833

Yahoo!, Inc.
c/o CT Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

IT IS SO ORDERED.

DATED this 29th day of April, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE