LAGOMARSINO LAW
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 W. Horizon Ridge Parkway, Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE HIRATA; WHITNIE TAYLOR; and ANGELA JONES<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHERN NEVADA HEALTH DISTRICT, a political subdivision of Clark County, Nevada; GLENN SAVAGE, in both his individual and official capacity; AMY IRANI, in both her individual and official capacity; SUSAN LABAY, in both her individual and official capacity; JACQUELYN RAICHE-CURL, in both her individual and official capacity; ANGUS MACEACHERN, in both his individual and official capacity; ROBERT GUNNOE, in both his individual and official capacity; KIM DIPASQUALE, in both her individual and official capacity; LAWRENCE SANDS, in both his individual and official capacity;<br><br>Defendants. | CASE NO.:  2:13-cv-02302-LDG-VCF<br><br>[~~PROPOSED~~] STIPULATION AND ORDER REGARDING DEFENDANT SOUTHERN NEVADA HEALTH DISTRICT'S EMERGENCY MOTION FOR PROTECTIVE ORDER REGARDING PLAINTIFFS' 30(B)(6) DEPOSITION (ECF #104) |

IT IS HEREBY STIPULATED AN AGREED by and between counsel for the respective parties that due to a scheduling conflict, and at the request of Plaintiffs' counsel, that the hearing on Defendant Southern Nevada Health District's Emergency Motion for Protective Order Regarding Plaintiffs' 30(b)(6) Deposition, currently scheduled for May 11, 2016 at 10:00 a.m., be moved to any of the following available dates for all parties:

May 17, 2016: morning;

May 18, 2016: all day;

May 24, 2016: morning; and

May 25, 2016: all day.

All of the other deadlines set forth in the Order shall be adjusted accordingly.

Dated this 6th day of May, 2016.

LAGOMARSINO LAW

By: /s/ Andre M. Lagomarsino, Esq.
Andre M. Lagomarsino, Esq.
9555 South Eastern Avenue, Suite 210
Las Vegas, Nevada 89123
*Attorney for Plaintiffs*

Dated this 6th day of May, 2016.

OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI

By: /s/ Peter Angulo, Esq.
WALTER CANNON, ESQ.
PETER ANGULO, ESQ.
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
*Attorneys for Defendants Savage, Irani, LaBay, Raiche-Curl*

Dated this 6th day of May, 2016.

FISHER & PHILLIPS LLP

By: /s/Whitney Selert, Esq.
MARK RICCIARDI, ESQ.
WHITNEY J. SELERT, ESQ.
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
*Attorneys for Southern Nevada Health District, MacEachern, Sands, Gunnoe and DiPasquale*

IT IS HEREBY ORDERED that the hearing is rescheduled to 2:30 p.m., May 25, 2016, in courtroom 3C.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 6, 2016