**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

VALERIE HIRATA, *et al.*,

        Plaintiffs,

vs.

SOUTHERN NEVADA HEALTH DISTRICT, *et al.*,

        Defendants.

2:13-cv-02302-LDG-VCF

**ORDER**

      Before the Court is *Valerie Hirata, et al., vs. Southern Nevada Health District, et al.*, case no. 2:13-cv-02302-LDG-VCF.

      IT IS HEREBY ORDERED that a hearing is scheduled for 2:30 p.m., May 25, 2016, in courtroom 3D on the following motions:

      1. Emergency motion for protective order (ECF NO. 97),

      2. Motion to strike expert report and exclude testimony and opinions of Dr. Alison Osinski (ECF NO. 100),

      3. Motion to Strike Expert Report and Exclude Testimony and Opinions of Dr. Jay Finkelman (ECF NO. 103),

      4. Emergency motion to quash defendants' overbroad subpoenas issued without lawful notice and to strike defendants' answer for subpoenaing privileged documents (ECF NO. 113),

      5. Motion to Strike Defendants' Expert Report and Exclude Testimony and Opinions of William Rowley (ECF NO. 125),

      6. Plaintiffs' Motion to Compel Defendant Southern Nevada Health District to Respond to Select Discovery Requests (ECF NO. 127).

1 IT IS FURTHER ORDERED that any opposition to Motion to Strike Defendants' Expert Report
2 and Exclude Testimony and Opinions of William Rowley (ECF NO. 125) and Motion to Compel
3 Defendant Southern Nevada Health District to Respond to Select Discovery Requests (ECF NO. 127)
4 must filed on or before May 17, 2016 and any reply in support of the motions must be filed on or before
5 May 23, 2016.

6 DATED this 10th day of May, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE