Andrew L. Rempfer
Nevada Bar No. 8628
LAW OFFICES OF STEVEN J. PARSONS
10091 Park Run Dr Ste 200
Las Vegas, NV 89145-8868
(702) 384-9900
(702) 384-5900 – (fax)
Andrew@SJPlawyer.com

Attorneys for Third Party
STEVEN ZIMMERMAN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE HIRATA; WHITNIE TAYLOR; and ANGELA JONES<br><br>　　　Plaintiffs,<br><br>vs.<br><br>SOUTHERN NEVADA HEALTH DISTRICT, a political subdivision of Clark County, Nevada; GLENN SAVAGE, in both his individual and official capacity; AMY IRANI, in both her individual and official capacity; SUSAN LABAY, in both her individual and official capacity; JACQUELYN RAICHE-CURL, in both her individual and official capacity; LORRAINE FORSTON, in both her individual and official capacity; ANGUS MACEACHERN, in both his individual and official capacity; ROBERT GUNNOE, in both his individual and official capacity; KIM DIPASQUALE, in both her individual and official capacity; LAWRENCE SANDS, in both his individual and official capacity;<br><br>　　　Defendants.<br>_____/ | Case No.: 2:13-cv-02302-LDG-(VCF)<br><br>THIRD PARTY STEVE ZIMMERMAN'S MOTION TO REMOVE THE LAW OFFICES OF STEVEN J. PARSONS FROM THE SERVICE LIST |

Third Party, STEVEN ZIMMERMAN, by his attorney, Andrew L. Rempfer of the LAW OFFICES OF STEVEN J. PARSONS, hereby requests the proceeding list of counsel, and staff, be removed from the list of individuals receiving any filings in this matter via the Court's electronic filing system:

. . .



| | | | |
|---|---|---|---|
| 1 | (1) | Steven J. Parsons | (Steve@SJPlawyer.com) |
| 2 | (2) | Joey N. Mott | (Joey@SJPlawyer.com) |
| 3 | (3) | Andrew L. Rempfer | (Andrew@sjplawyer.com) |
| 4 | (4) | Candice Benson | (Candice@SJPlawyer.com); and, |
| 5 | (5) | Kenia Guttierez | (Kenia@SJPlawyer.com) |

Third Party Steven Zimmerman is not an active participant in this litigation. As such, no party will be prejudiced by counsels' withdrawal.

Dated: Wednesday, September 7, 2016.

LAW OFFICES OF STEVEN J. PARSONS

/s/ Andrew L. Rempfer
ANDREW L. REMPFER

Attorney for Third Party
STEVEN ZIMMERMAN

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that on this 7th day of September, 2016, I electronically filed the preceding Third Party Steven Zimmerman's Motion to Remove the Law Offices of Steven J. Parsons from the Service List using the ECF/CM electronic filing system, which will send an electronic copy of this filing to the following counsel of record:

| | |
|---|---|
| LAGOMARSINO LAW OFFICE<br>ANDRE M. LAGOMARSINO, ESQ.<br>3005 West Horizon Ridge Parkway, #241<br>Henderson, NV 89052<br>Telephone: (702) 383-2864<br>Attorney for Plaintiffs | FISHER & PHILLIPS LLP<br>Attn: MARK RICCIARDI, ESQ.<br>Attn: WHITNEY SELERT, ESQ.<br>Attorneys for Southern Nevada Health District, Maceachern, Sands, Gunnoe and Dipasquale |
| OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI<br>Attn: WALTER CANNON, ESQ.<br>Attn: PETER ANGULO, ESQ.<br>Attorneys for Defendants Savage, Irani, Labay, Raiche-Curl, | |

Dated: Wednesday, September 7, 2016.

/s/ Kenia Gutierrez
An employee of LAW OFFICES OF STEVEN J. PARSONS



IT IS HEREBY ORDERED that Third Party Steve Zimmerman's Motion to Remove the Law Offices of Steven J. Parsons from the Service List (ECF No. 225) is GRANTED.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 9-8-2016

*Law Offices of Steven J. Parsons*
*10091 Park Run Drive Suite 200*
*Las Vegas, Nevada 89145-8868*
*(702)384-9900; fax (702)384-5900*
*Steve@SJPlawyer.com*

