FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
WHITNEY J. SELERT, ESQ.
Nevada Bar No. 5492
300 South Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:   (702) 252-3131
Facsimile:    (702) 252-7411
E-Mail Address:  mricciardi@laborlawyers.com;
wselert@laborlawyers.com
*Attorneys for Defendants Southern Nevada Health District,
Angus MacEachern, Robert Gunnoe, Kim DiPasquale,
and Lawrence Sands*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE HIRATA; WHITNIE TAYLOR; and ANGELA JONES,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHERN NEVADA HEALTH DISTRICT, a political subdivision of Clark County, Nevada; GLENN SAVAGE, in both his individual and official capacity; AMY IRANI, in both her individual and official capacity; SUSAN LABAY, in both her individual and official capacity; JACQUELYN RAICHE-CURL, in both her individual and official capacity; ANGUS MACEACHERN, in both his individual and official capacity; ROBERT GUNNOE, in both his individual and official capacity; KIM DIPASQUALE, in both her individual and official capacity; LAWRENCE SANDS, in both his individual and official capacity;<br><br>Defendants. | Case No. 2:13-CV-02302-LDG-VCF<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |

. . . .

. . . .

. . . .

. . . .

COME NOW, the above-referenced parties, by and through their undersigned counsel and do stipulate and agree as follows:

1. On September 20, 2016, the parties stipulated (ECF No. 232) that Defendants original motions for summary judgment (ECF No. 171, 173, 174 and 175) were deemed withdrawn and would be re resubmitted within one week and deemed timely.

2. On September 27, 2016, Defendants re-submitted those motions with the stipulated pinpoint references (ECF No. 235, 236, 237 and 238).

3. Pursuant to the September 20, 2016 stipulation (ECF No. 232) Plaintiffs had five days to resubmit new Oppositions to Defendants' Motions or designate via stipulation that they will continue to rely on their original Oppositions, as the operative Response to Defendants' re-submitted motions for summary judgment.

4. Plaintiffs hereby designate that they will continue to rely on their original Oppositions to Defendants' motions, as the operative Response to Defendants' re-submitted motions for summary judgment as identified as follows:

| Defendants' Prior MSJ ECF No. | Defendants' New MSJ ECF No. | Plaintiffs' Original Opposition ECF No. |
|---|---|---|
| Defendants Glenn Savage, Amy Irani, Susan Labay and Jacquelyn Raiche-Curl's Motion for Summary Judgment, ECF No. 175 | Defendants Glenn Savage, Amy Irani, Susan Labay and Jacquelyn Raiche-Curl's Motion for Summary Judgment, ECF No. 235 | Plaintiffs' Opposition to Defendants Glenn Savage, Amy Irani, Susan Labay and Jacquelyn Raiche-Curl's Motion for Summary Judgment, ECF No. 222 |
| Defendant Lawrence Sands' Motion for Summary Judgment, ECF No. 173 | Defendant Lawrence Sands' Motion for Summary Judgment, ECF No. 236 | Plaintiffs' Opposition to Defendant Sands' Motion for Summary Judgment, ECF No. 223 |
| Defendants Kim Dipasquale, Robert Gunnoe, Angus Maceachern's Motion for Summary Judgment, ECF No. 174 | Defendants Kim Dipasquale, Robert Gunnoe, Angus Maceachern's Motion for Summary Judgment, ECF No. 237 | Plaintiffs' Opposition to Defendants Kim Dipasquale, Robert Gunnoe, Angus Maceachern's Motion for Summary Judgment, ECF No. 224 |
|  |  |  |

FISHER & PHILLIPS LLP
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169

| Defendant Southern Nevada Health Districts Motion for Summary Judgment, ECF No. 171 | Defendant Southern Nevada Health Districts Motion for Summary Judgment, ECF No. 238 | Plaintiffs' Opposition to Defendant Southern Nevada Health District's Motion for Summary Judgment, ECF No. 221 |
|---|---|---|

5. The parties agree that Plaintiffs' original oppositions shall be deemed timely.

Respectfully submitted this 3rd day of October, 2016.

LAGOMARSINO LAW

By: /s/Andre Lagomarsino
Andre M. Lagomarsino, Esq.
3005 West Horizon Ridge Pkwy. #241
Henderson, Nevada 89052
*Attorney for Plaintiffs*

FISHER & PHILLIPS LLP

By: /s/ Whitney Selert
MARK RICCIARDI, ESQ.
WHITNEY SELERT, ESQ.
300 South Fourth Street, Suite 1500
Las Vegas, NV 89101
*Attorneys for Southern Nevada Health District, MacEachern, Sands, Gunnoe and DiPasquale*

OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI

By: /s/ Peter Angulo
WALTER CANNON, ESQ.
PETER ANGULO, ESQ.
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
*Attorneys for Defendants Savage, Henderson, Irani, LaBay, Raiche-Curl, Forston, Newton*

**ORDER**

IT IS SO ORDERED.

October ___, 2016.

_____
DISTRICT JUDGE
LLOYD D. GEORGE

FPDOCS 32206456.1