# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VALERIE HIRATA, *et al.*,

    Plaintiffs,

v.

SOUTHERN NEVADA HEALTH DISTRICT, *et al.*,

    Defendants.

Case No. 2:13-cv-02302-LDG (VCF)

**ORDER**

For good cause shown,

THE COURT **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 207);

THE COURT **ORDERS** that Plaintiffs' Motion to Strike Defendants' Expert Report and Exclude Testimony and Opinions of Renee Rungis (ECF No. 172) is GRANTED;

THE COURT FURTHER **ORDERS** that Plaintiffs' Motions to Strike (ECF Nos. 213, 214, 215, 216, 217, 218, 219, and 220) are DENIED.

DATED this ____ day of March, 2017.

_____
Lloyd D. George
United States District Judge