**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 West Horizon Ridge Parkway, Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
Email: aml@lagomarsinolaw.com
*Attorney for Plaintiffs Valerie Hirata,*
*Whitnie Taylor and Angela Jones*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE HIRATA; WHITNIE TAYLOR; and ANGELA JONES | CASE NO.: 2:13-cv-02302-LDG-VCF |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER TO WITHDRAW PENDING MOTIONS FOR ATTORNEY FEES (ECF. NO.'S 265, 266, 267, AND 268** |
| SOUTHERN NEVADA HEALTH DISTRICT, a political subdivision of Clark County, Nevada; GLENN SAVAGE, in both his individual and official capacity; AMY IRANI, in both her individual and official capacity; SUSAN LABAY, in both her individual and official capacity; JACQUELYN RAICHE-CURL, in both her individual and official capacity; ANGUS MACEACHERN, in both his individual and official capacity; ROBERT GUNNOE, in both his individual and official capacity; KIM DIPASQUALE, in both her individual and official capacity; LAWRENCE SANDS, in both his individual and official capacity; | |
| Defendants. | |

WHEREAS Defendants Savage, Irani, LaBay and Raiche-Curl's Motion for Attorney Fees and Costs and Bill of Costs were filed on October 12, 2017 (ECF No. 265 and ECF No. 266); and Defendants SNHD, MacEachern, Sands, DiPasquale, and Gunnoe's Motion for Attorney Fees and Costs and Bill of Costs were filed on October 13, 2017 (ECF No. 267 and ECF No. 268).

/ / /

WHEREAS, this matter was dismissed in the Ninth Circuit pursuant to stipulation and a settlement agreement with each party to bear their own fees and costs on November 24, 2017.

## STIPULATION

Defendants Savage, Irani, LaBay and Raiche-Curl withdraw their Motion for Attorney Fees and Costs and Bill of Costs for further consideration by this Court (ECF No. 265 and ECF No. 266).

Defendants SNHD, MacEachern, Sands, DiPasquale, and Gunnoe withdraw their Motion for Attorney Fees and Costs and Bill of Costs for further consideration by this Court (ECF No. 267 and ECF No. 268).

Dated this 5th day of December, 2017.

LAGOMARSINO LAW

By: */s/ Andre M. Lagomarsino, Esq.*
Andre M. Lagomarsino, Esq.
3005 West Horizon Ridge Pkwy, 241
Henderson, Nevada 89052
*Attorney for Plaintiffs Valerie Hirata,*
*Whitnie Taylor, and Angela Jones*

Dated this 5th day of December, 2017.

OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI

*/s/ Peter Angulo, Esq.*
Peter Angulo, Esq.
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
*Attorneys for Defendants Savage, Irani,*
*LaBay, Raiche-Curl*

/ / /

/ / /

Dated this 5th day of December, 2017.

FISHER & PHILLIPS LLP

*/s/ Whitney Selert, Esq.*
Whitney Selert, Esq.
300 South Fourth Street, Suite 1500
Las Vegas, Nevada 89101
*Attorneys for SNHD, Maceachern, Sands,*
*Gunnoe and Dipasquale*

*Valerie Hirata et al. vs. Southern Nevada Health District et al.*
*Case No.: 2:13-cv-02302-LDG-VCF*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE
LLOYD D. GEORGE
Dated: _____7_____ December 2017_____

LAGOMARSINO LAW

3005 West Horizon Ridge Parkway, Suite 241 Henderson, Nevada 89052
Telephone (702) 383-2864    Facsimile (702) 383-0065